SHAWNEE SEWERAGE & DRAINAGE CO. V. VEGIARD *et al.*

No. 2116, Okla. T.   Opinion Filed Sept. 11, 1908.

(97 Pac. 565.)

**APPEAL AND ER'ROR—Review—Necessity of Exceptions.** The trial court denied defendants' request to withdraw answer and file an amended answer which set up a defense in the nature of a plea in abatement, to which ruling no exception was saved. **Held,** nothing was reserved for review by this court.

(Syllabus by the court.)

*Error from District Court, Pottawatomie County; B. F. Burwell, Judge.*

Action by M. E. Vegiard and others against the Shawnee Sewerage & Drainage Company. Judgment for plaintiffs, and defendants brings error. Affirmed.

*W. B. Crossan,* for plaintiff in error.
*Blakeney & Maxey,* for defendants in error.

DUNN, J.   In this case the court below denied the defendants' request to withdraw its answer for the purpose of filing an amended answer setting up a plea in abatement. This request on the part of defendant the court denied, and no exception was saved by the defendant to the ruling. Without an exception being saved at the time, nothing is reserved for our consideration. The error, if any, was waived. 8 Ency. Pleading & Practice, pp. 163, 193, 194, and cases cited in notes.

No other question is raised in this court and the judgment of the lower court is accordingly affirmed.

All the Justices concur.